*E-FILED*
April 12, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAGLIARDI INSURANCE SERVICES, INC., | No. C 06-00083 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| FRANCIS L. DEAN & ASSOCIATES, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for May 24, 2006. The parties are required to file a stipulation of dismissal by **July 12, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 19, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: April 12, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Mark W. Good, Esq.
Email: mgood@terra-law.com

Dated: April 12, 2006

                                          /s/ BAK
                                  Chambers of Magistrate Judge Richard Seeborg